THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Julie Lynn Seppich,<br>Plaintiff,<br>v.<br>Tec Management, et al,<br>Defendants. | REPORT AND RECOMMENDATION<br>Case No. 1:25-cv-26-AMA-DBP<br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead |

On August 4, 2026, the court granted Plaintiff's Motion for Leave to Proceed *in forma pauperis* and ordered Plaintiff to provide the Clerk's Office with completed summons and service forms for each Defendant.[1] Plaintiff was cautioned that failure to comply with this directive would result in dismissal. Plaintiff has failed to submit the forms, and the deadline to do so has passed.

Accordingly, for failure to comply with a court order and failure to prosecute, the undersigned recommends this matter be dismissed without prejudice.

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.[2] The parties must file any objections to this Report and

[1] Order granting Motion for Leave to Proceed *in forma pauperis*, ECF No. 30. *See also, Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (plaintiff proceeding in forma pauperis and pro se had responsibility to provide correct names and proper addresses for service of process). "[I]f the Marshal[s] Service is unable to effectuate service ... with the information ... provided, the onus remains upon plaintiff to discover and submit sufficient information for service of all defendants named" in the lawsuit. *Leek v. Thomas*, 2009 WL 2876352 at *2 (D. Kan. 2009); *Franks v. Waite*, 2009 WL 640777 at *2 (D. Kan. 2009) (noting that a plaintiff "bears the responsibility of prosecuting [a] case with due diligence", which includes, involvement in locating defendants).

[2] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Recommendation within 14 days after being served with a copy of it.[3] Failure to object may constitute waive of objections upon subsequent review.

DATED this 8 October 2026.

Dustin B. Pead
United States Magistrate Judge

[3] *Id.*