**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JULIE LYNN SEPPICH<br><br>Plaintiff,<br><br>v.<br><br>TEC MANAGEMENT, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:25-cv-00026<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Julie Lynn Seppich, proceeding pro se, filed this action to seek relief from various parties pursuant to various civil-rights statutes.[1] Plaintiff requested leave to proceed in forma pauperis, and the Honorable Dustin B. Pead granted that motion.[2] Because Plaintiff was proceeding in forma pauperis, Judge Pead explained, the Court would coordinate service of process.[3] Accordingly, Judge Pead directed Plaintiff to complete summonses and service forms for each Defendant and submit those documents to the Clerk's Office by September 4, 2026.[4] If Plaintiff missed this deadline, Judge Pead warned, her case may be dismissed for failure to prosecute.[5]

Plaintiff failed to submit the required forms to the Clerk's Office, so on October 8, 2026, Judge Pead issued a report and recommendation (the "R&R") stating that this case should be dismissed without prejudice for failure to comply with a court order and failure to prosecute.[6] In so doing, Judge Pead informed Plaintiff that she had the right to object to the R&R within 14 days

[1] *See* Dkt. No. 14 at 1.
[2] Dkt. No. 2 at 1; Dkt. No. 30 at 1.
[3] Dkt. No. 30 at 1.
[4] *Id.* at 2.
[5] *Id.*
[6] Dkt. No. 31 at 1–2.

of service and advised that failure to object may constitute a waiver of objections upon subsequent review.[7] It has now been over 14 days since the R&R was sent to Plaintiff, and she has filed no objections. Therefore, the Court will ADOPT the R&R (Dkt. No. 31) because its analysis and conclusions are sound and no objections have been filed. *See* Fed. R. Civ. P. 72(b), advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). This action is DISMISSED WITHOUT PREJUDICE.

DATED this 29th day of October 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge

---

[7] *Id.*